**PACIFICO & LAWRENCE**
**Attorneys at Law**
**705 AMBOY AVENUE**
**WOODBRIDGE, N.J. 07095**
**p (732) 634-5550 f (732) 218-5189**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUNSWICK SURGICAL CENTER, LLP and JERSEY AMBULATORY CENTER, LLC, | Case No. 09-cv-5857 |
| Plaintiffs, | Civil Action |
| vs. | |
| CIGNA CORPORATION and its subsidiaries CIGNA HEALTHCARE OF NEW JERSEY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

To: Gibbons, P.C.
    One Gateway Center
    Newark, NJ 07102-5310
    Attn: Jennifer Marino Thibodaux, Esq.

PLEASE TAKE NOTICE that the undersigned Attorneys for the Plaintiffs,

Brunswick Surgical LLP and Jersey Ambulatory Surgical LLC, hereby apply to the

Honorable Anne E. Thompson, United States District Judge at the United States

Courthouse, Clarkson S. Fisher U.S. Courthouse 402 E. State Street Trenton, NJ 08608

for an Order granting Summary Judgment on Plaintiffs' Motion for insurance coverage

under the various health insurance policies issued by the Defendants.

1

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's Directive, this Motion is being filed on or before March 12, 2010, and the Opposition papers are to be filed on or before April 5, 2010.

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the Statement of Material Facts and the Memorandum of Law filed with the Motion.

PACIFICO & LAWRENCE

By: s/ Gregory J. Lawrence
Gregory J. Lawrence  (GL5668)

Dated: March 10, 2010

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the court using the CM/ECF system which will send notification of such filing to Jennifer Marino Thibodaux, Esq. A paper copy of the above with a cover letter has been sent to the Hon. Lois H. Goodman, U.S.M.J.

PACIFICO & LAWRENCE

By: s/ Gregory J. Lawrence
Gregory J. Lawrence  (GL5668)

Dated: March 10, 2010

2

PACIFICO & LAWRENCE
Attorneys at Law
705 AMBOY AVENUE
WOODBRIDGE, N.J. 07095
p (732) 634-5550 f (732) 218-5189

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUNSWICK SURGICAL CENTER, LLP and JERSEY AMBULATORY CENTER, LLC, | Case No. 09-cv-5857 |
| Plaintiffs, | Civil Action |
| vs. | |
| CIGNA CORPORATION and its subsidiaries CIGNA HEALTHCARE OF NEW JERSEY and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ORDER |
| Defendants. | |

**THIS MATTER** having been opened to the Court by Gregory J. Lawrence, Esq., Attorney for Plaintiffs, Brunswick Surgical Center LLP and Jersey Ambulatory Center LLC; and the Court having considered the opposition submitted thereto; and for good cause having been shown,

**IT IS HEREBY ORDERED** on this _____ day of _____, 2010, that the Plaintiffs are granted Summary Judgment on the issue of coverage under the various health insurance policies having been issued by the Defendants for the facility fees claimed by the Plaintiffs;

1

**AND IT IS FURTHER ORDERED** that a copy of this Order be forwarded to

Counsel for Liberty Mutual within seven (7) days of the date hereof.

_____

Hon. Anne E. Thompson U.S.D.J.